## UNITED STATES BANKRUPTCY
## NORTHEN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:      Case No. 14-41505            )
                                         )
JOHNNY L. GAINES a/k/a                   )
JOHNNY LEE GAINES, JR.,                  )
                                         )
                    Debtor,              )
                                         )  BK No. 14-41505
THE ILLINOIS DEPARTMENT OF               )
EMPLOYMENT SECURITY,                     )
                                         )  Adv. Pro. No. 15 A 00163
            Plaintiff,                   )
                                         )
v.                                       )  Judge Jack B. Schmetterer
                                         )
JOHNNY L. GAINES a/k/a                   )
JOHNNY LEE GAINES, JR.,                  )
                                         )
                    Defendant.           )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified Complaint herein and after such hearing the court makes the following finds of fact and conclusions of law.

### FINDINGS OF FACT

1. The defendant, JOHNNY L. GAINES a/k/a JOHNNY LEE GAINES, JR., was employed by First assist, Inc., and Mastech Healthcare, Inc., for the weeks ending April 25, 2009 through September 26, 2009, June 12, 2010 through September 25, 2010, and October 2, 2010 through January 15, 2011.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decision.

3. During the same period of time the defendant applied for and received unemployment benefits totaling $21,690.00.

    4. The defendant did not report his employment or his earnings during this period.

    5. As of May 14, 2015, the sum of $21,690.00 is due.

## CONCLUSIONS OF LAW

    1. Through his false representations, the defendant received a total of $21,690.00 in unemployment benefits to which he was not entitled.

    2. As of April 30, 2015, the defendant is indebted to plaintiff in the sum of $21,690.00.

    3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

    4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: _____

Dated: _____

MAY 14 2015